IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NATHANIEL ANTHONY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2152 D |
| | ) |
| SHELBY COUNTY HEALTH CARE | ) |
| CORPORATION d/b/a THE REGIONAL | ) |
| MEDICAL CENTER AT MEMPHIS | ) |
| SABRINA LUCKETT, AND | ) |
| NANCY BANKS, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate that this action be dismissed with prejudice, and it is therefore

**ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

ENTER: This  3/  day of May, 2005.

_____
**BERNICE BOUIE DONALD**
**United States District Judge**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-2-05

**STIPULATED TO:**

*[signature]*

**NATHANIEL ANTHONY, Plaintiff**
1181 Marble
Memphis, Tennessee 38108

*[signature]*

**DAVID P. JAQUA**
**BUTLER, SNOW, O'MARA, STEVENS**
**& CANNADA, PLLC**
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
Telephone: (901) 680-7343
Facsimile:  (901) 680-7201
E-Mail:  david.jaqua@butlersnow.com
Counsel for Defendants

MEMPHIS 165018v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02152 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Nathaniel Anthony
1181 Marble St.
Memphis, TN 38108

Honorable Bernice Donald
US DISTRICT COURT