UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -6 PM 1:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
WD OF TN, MEMPHIS

| | |
|---|---|
| NATHANIEL ANTHONY | JUDGMENT IN A CIVIL CASE |
| v. | |
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a THE REGIONAL MEDICAL CENTER AT MEMPHIS, SABRINA LUCKETT, AND NANCY BANKS | CASE NO: 05-2152-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation and Order of Dismissal With Prejudice entered on June 2, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

/s/ Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 6, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

/s/ Judy Ensley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02152 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Nathaniel Anthony
1181 Marble St.
Memphis, TN 38108

Honorable Bernice Donald
US DISTRICT COURT